DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## STATE v. FEIMSTER

No. 149 PC.

Case below: 21 N.C. App. 602.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 September 1974.

## STATE v. GRAY

No. 11 PC.

Case below: 21 N.C. App. 63.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 September 1974.

## STATE v. HAMMOCK

No. 36 PC.

Case below: 22 N.C. App. 439.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

## STATE v. HARDING

No. 142 PC.

Case below: 22 N.C. App. 66.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

## STATE v. HARRIS

No. 132 PC.

Case below: 21 N.C. App. 697.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.